**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

KEVIN W. BLISS,

      Plaintiff,

v.                                                        CASE NO. 4:24cv520-RH-MJF

RICKY DIXON et al.,

      Defendants.

_____/

**ORDER DISMISSING THE EQUAL-PROTECTION
CLAIMS AND ALL CLAIMS AGAINST THE
DEFENDANTS FLORIDA DEPARTMENT OF
CORNIELZ, ROBINSON, AND JOHNS**

      This case is before the court on the magistrate judge's report and recommendation, ECF No. 22, and the objections, ECF No. 25. I have reviewed de novo the issues raised by the objections. Upon consideration,

      IT IS ORDERED:

      1. The report and recommendation is accepted and adopted as the court's opinion.

      2. All the plaintiff's equal-protection claims are dismissed.

3. All the plaintiff's claims against the defendants Florida Department of Corrections, Cornielz, Robinson, and Johns are dismissed.

4. I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b).

5. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on July 13, 2026.

s/Robert L. Hinkle
United States District Judge